IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH 252-230-0911 THAT IS STORED AT PREMISES CONROLLED BY CELLCO PARTNERSHIP, LLP, DBA VERIZON WIRELESS | Case No. 5:16-MJ-1066-JG<br><br>**Filed Under Seal** |

### ORDER

Upon motion of the United States and for the reasons stated in the Motion to Seal and good cause shown, it is hereby ORDERED that the application and affidavit for search warrant regarding the captioned matter; the search warrant and subsequent attachments; the government's application for an order precluding notification of any person of the existence of the warrant under 18 U.S.C. § 2705(b) and proposed order; and this motion to seal and this Order be sealed by the Clerk until further order by this Court, except that two certified copies of the same be provided to the Office of the United States Attorney and special agents of the Federal Bureau of Investigation.

This 19 day of January, 2016.

_____
JAMES E. GATES
United States Magistrate Judge