UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1066-JG

FILED

DEC 0 5 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH 252-230-0911 THAT IS STORED AT PREMISES CONTROLLED BY CELLCO PARTNERSHIP, LLP, DBA VERIZON WIRELESS | ORDER TO UNSEAL |

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

5 December 2016
DATE

JAMES E. GATES
United States Magistrate Judge